UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 MAR -5 PM 4:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:         DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

David Montalvo,

           Defendant.

CASE NO. 08cr3327-IEG

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 18:922(g)(1) and 924(a)(2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 5, 2010

Irma E. Gonzalez
UNITED STATES DISTRICT JUDGE